**STATE of Missouri, Respondent**

v.

**Donzell M. JONES, Appellant.**

**No. WD 72503.**

Missouri Court of Appeals,
Western District.

April 24, 2012.

Richard W. Johnson, for Appellant.

Jessica P. Meredith, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, MARK D. PFEIFFER, Judge and KAREN KING MITCHELL, Judge.

***ORDER***

PER CURIAM:

Donzell Jones appeals his convictions for first-degree burglary, section 569.160, and stealing, section 570.030. On appeal, Jones contends that there was insufficient evidence to support a finding that he was guilty of the crimes as either a principal or an accomplice. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The convictions are affirmed. Rule 30.25(b).